UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAMIRO MARQUEZ,

        Plaintiff,

  v.

B CURRY et al,

        Defendant.

Case Number: CV08-04299 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramiro Marquez #:C-74672
Corretional Training Facility-Soledad
P.O. Box 689, CTF II©
Soledad, CA 93960-0689

Dated: February 8, 2010

                                          Richard W. Wieking, Clerk

                                          By: Frank Justiliano, Deputy Clerk